In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00255-CV
_____

**TONY BROUSSARD, Appellant**

**V.**

**LEONARD PAPANIA, Appellee**

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. A-195,080-A**

**MEMORANDUM OPINION**

On March 7, 2016, the trial court signed an order of severance and final judgment, finally disposing of Leonard Papania's claims against Tony Broussard. Broussard filed a notice of appeal on July 15, 2016. We notified the parties that the appeal would be dismissed because the notice of appeal was filed too late to perfect an appeal. *See* Tex. R. App. P. 26.1(a). The appellant did not file a response within the time set forth in this Court's notice.

1

The appellant failed to file a notice of appeal within the time for which we may grant an extension of time to perfect an appeal. *See* Tex. R. App. P. 26.3. We dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a).

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on September 7, 2016
Opinion Delivered September 8, 2016

Before McKeithen, C.J., Horton and Johnson, JJ.